# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-14-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| SCOTT HAMILTON, | |
| Defendant. | |

Defendant Scott Hamilton having filed an Unopposed Motion for Temporary Release from Custody and to Self-Surrender, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Hamilton shall be temporarily released from the Cascade County Detention Center on Thursday, January 30, 2025, no later than 12:00 p.m.; and **IT IS FURTHER ORDERED** that Defendant Hamilton shall return to the Cascade County Regional Detention Facility for self-surrender no later than 5:00 p.m. on Tuesday, February 4, 2025.

DATED this 30th day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts